IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MICHAEL LYNN BRYAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   Case No. CV 97-TMP-2343-M |
| | ) |
| JAMES DeLOACH, Warden; | ) |
| ATTORNEY GENERAL OF | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |



MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 27, 1998, recommending that the motion for summary judgment filed by the petitioner be granted, and that the petition for writ of habeas corpus under 28 U.S.C. § 2254 be granted and the writ issued to set aside the petitioner's conviction, allowing him either to re-plead or proceed to trial. The magistrate judge further recommended that the petitioner's petition for mandamus against the United States or the Bureau of Prisons be denied. The Government filed objections on September 1, 1998.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the Government's objections, the Court is of the opinion that the magistrate judge's report is due to be and is hereby

ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the petitioner is entitled to judgment as a matter of law. Accordingly, the motion for summary judgment filed by the petitioner is due to be GRANTED, and the petition for writ of habeas corpus under 28 U.S.C. § 2254 is due to be GRANTED and the writ issued to SET ASIDE the petitioner's August 9, 1995, conviction in the Circuit Court of Cherokee, Alabama, allowing him either to re-plead or proceed to trial. The Court further EXPRESSLY FINDS that the petitioner's petition for mandamus against the United States or the Bureau of Prisons is due to be DENIED. A Final Judgment will be entered.

DONE this the 29th day of September, 1998.

UNITED STATES DISTRICT JUDGE